ISYS Document Annotation File
78 45 DDA
    035E0E~0.WPD